IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BOBBY PITTMAN, M.D. and<br>BiOS FAMILY CLINIC P.A., | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | Civil Action No. 5:14-cv-615-DAE |
| METHODIST HEALTHCARE SYSTEM<br>OF SAN ANTONIO, LTD., L.L.P. and<br>MEDINA COUNTY HOSPITAL DISTRICT<br>d/b/a MEDINA HEALTHCARE SYSTEM<br>d/b/a MEDINA REGIONAL HOSPITAL<br>f/k/a MEDINA COMMUNITY HOSPITAL, | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, Bobby Pittman, M.D. and BiOS Family Clinic P.A., and Defendants, Methodist Healthcare System of San Antonio, Ltd., L.L.P. and Medina County Hospital District d/b/a Medina Healthcare System d/b/a Medina Regional Hospital f/k/a Medina Community Hospital, have reached a settlement of the above-captioned matter.  Plaintiffs have agreed to dismiss all claims with prejudice and hereby file this Stipulation of Dismissal With Prejudice and stipulate to the dismissal with prejudice of any and all claims, actions and causes of action asserted in this proceeding.

The parties shall bear their own attorneys' fees, expenses and costs.

5509610.1

Dated:   October 24, 2014.            Respectfully submitted,

                                      GUNN, LEE & CAVE, P.C.
                                      300 Convent St., Suite 1080
                                      San Antonio, Texas  78205
                                      (210) 886-9500 (Phone)
                                      (210) 886-9883 (Fax)

                                      By:  */s/ Ted D. Lee*
                                          Ted D. Lee
                                          State Bar No. 12136600

*Attorney for Plaintiffs, Robert Pittman and BIOS Family Clinic, P.A.*


COX SMITH MATTHEWS INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas  78205
(210) 554-5500 (Phone)
(210) 226-8395 (Fax)

By: */s/ J. Daniel Harkins*
    J. Daniel Harkins
    State Bar No. 09008990

*Attorney for Defendant, Methodist Healthcare System of San Antonio, Ltd., L.L.P.*


REED, CLAYMON, MEEKER & HARGETT PLLC
5608 Parkcrest Drive, Suite 200
Austin, Texas  78731
(512) 660-5964 (Phone)
(512) 660-5979 (Fax)

By:  */s/ Robert Spurck*
    Robert Spurck
    State Bar No. 24041964

*Attorney for Defendant, Medina County Hospital District d/b/a Medina Healthcare System d/b/a Medina Regional Hospital f/k/a Medina Community Hospital*

5509610.1